## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A | Stipulated Order for Dismissal Without Prejudice |
| B | Arbitration Agreement |
| C | Partial Award Number One |
| D | Final Award |
| E | Arbitrator's Opinion On Appeal |
| F | Proposed Final Judgment Confirming Arbitration Award |