**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**STONEBRIDGE EQUITY LLC,**
**d/b/a STONEBRIDGE BUSINESS**
**PARTNERS,** a Michigan limited
liability company,

      Plaintiff,                     Case No. 2:09-cv-11541

vs.                                    Honorable Denise Page Hood

**CHINA AUTOMOTIVE SYSTEMS, INC.,**     Magistrate Judge R. Steven Whalen
a Delaware corporation,

      Defendant.

_____

| | |
|---|---|
| Randall J. Gillary (P 29905) | Mark V. Heusel (P 47528) |
| Kevin P. Albus (P 53668) | Omar N. Chaudhary (P 71676) |
| RANDALL J. GILLARY, P.C. | BUTZEL LONG |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 201 W. Big Beaver Rd., Ste. 1020 | 350 S. Main Street, Ste. 300 |
| Troy, MI 48084 | Ann Arbor, MI 48104 |
| (248) 528-0440 | (734) 995-3110 |

_____

**STIPULATED ORDER FOR**
**DISMISSAL WITHOUT PREJUDICE**

      The parties having stipulated to the entry hereof, and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, without costs or attorney fees to either party, so that the parties may submit their claims to arbitration.

      IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the parties' arbitration agreement, and for the purpose of confirming,

LAW OFFICES OF
RANDALL J. GILLARY, P.C.
COLUMBIA CENTER
201 W. BIG BEAVER ROAD
SUITE 1020
TROY, MI 48084
_____
(248) 528-0440
FAX (248) 528-3412

vacating, or correcting any arbitration award in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 1-16.

                                            s/ DENISE PAGE HOOD
                                            United States District Judge

Dated: September 28, 2009

Stipulated and agreed to:

| s/Kevin P. Albus | s/Mark V. Heusel (w/consent) |
| --- | --- |
| RANDALL J. GILLARY, P.C. | BUTZEL LONG |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 201 W. Big Beaver Rd., Ste. 1020 | 350 S. Main Street, Ste. 300 |
| Troy, MI 48084 | Ann Arbor, MI 48104 |
| (248) 528-0440 | (734) 995-3100 |
| kalbus@gillarylaw.com | heusel@butzel.com |
| P53668 | P47528 |

2